**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2023

**CHRISTINE LINFANTE-HILL,**

                    **Plaintiff,**                    **23-CV-00191 (AT)(SN)**

         **-against-**                      **ORDER**

**PVH CORP.,**

                    **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In light of the recently entered Case Management Plan and Scheduling Order, the Initial

Pretrial Conference scheduled for August 11, 2023, is ADJOURNED.  On August 11, 2023,

however, the parties shall file a joint letter advising on the status of discovery and settlement.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 19, 2023
              New York, New York