UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTINE LINFANTE-HILL,

                     **Plaintiff,**                    23-CV-00191 (AT)(SN)

      -against-                                 <u>**ORDER**</u>

PVH CORP.,

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On May 19, 2023, the Court directed the parties to file a joint letter advising on the status of discovery and settlement. ECF No. 26. To date, no filing has been made. Accordingly, the parties are directed to file this letter by August 28, 2023.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      August 21, 2023
                New York, New York