UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: _12/28/2023_ | |

CHRISTINE LINFANTE-HILL,

                         **Plaintiff,**

            -against-

PVH CORP.,

                        **Defendant.**

---------------------------------------------------------------X

                        **23-CV-00191 (AT)(SN)**

                          **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Fact discovery closes on February 23, 2024, and expert discovery closes on April 5, 2024. ECF No. 31. If the parties believe that a settlement conference around the close of discovery would be productive, they should schedule it now. The Court is currently scheduling settlement conferences six to eight weeks in advance and will likely be unable to accommodate last-minute requests. The parties should not anticipate that litigation deadlines will be adjourned in response to late requests. To schedule a settlement conference, the parties should email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with both parties on the email.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 28, 2023
               New York, New York