**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

LINFANTE-HILL,

                                        Plaintiff,                          **23-CV-00191 (AT)(SN)**

                    -against-                                               **ORDER**

PVG CORP.,

                                        Defendant.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/16/2024_
```

**SARAH NETBURN, United States Magistrate Judge:**

        By May 20, 2024, Defendant shall respond to Plaintiff's letter filed at ECF No. 39.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 16, 2024
                 New York, New York