**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

LINFANTE-HILL,

                **Plaintiff,**

    -against-

PVH CORP.,

                **Defendant.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2024

**23-CV-00191 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

As discussed at today's conference, by July 24, 2024, the parties shall file a proposed protective order, and Defendant shall produce all responsive documents to which it does not specifically object. If Plaintiff takes issue with any of Defendant's July 24, 2024 productions or objections, Plaintiff shall file a letter motion by July 26, 2024. If Plaintiff files a letter motion, Defendant shall respond by July 31, 2024. Both parties have completed expert discovery. Defendant may no longer seek further discovery. Defendant must still comply with Plaintiff's discovery demands and produce responsive, non-privileged documents. Fact discovery will close on August 23, 2024. No further extensions will be granted absent extraordinary circumstances.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     July 22, 2024
            New York, New York