```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LINFANTE-HILL,

                         **Plaintiff,**                      23-CV-00191 (AT)(SN)

        -against-                                          **ORDER**

PVH CORP.,

                         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      All fact discovery was ordered to be complete by September 13, 2024. See ECF No. 62. Both parties have also completed expert discovery. See ECF No. 52. In accordance with Judge Torres's Individual Practices, any party that intends to file a motion for summary judgment must file a pre-motion letter by September 27, 2024.

      Additionally, to the extent the parties believe it would be productive, they may request a settlement conference by jointly emailing Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov and propose three mutually available dates. The parties are advised that settlement conferences are typically scheduled six to eight weeks from when they are requested.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     September 16, 2024
                New York, New York