**Littler**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/10/2024_

Eric A. Savage
212.583.2695 direct
212.583.9600 main
973.215.2620 fax
esavage@littler.com

December 9, 2024

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Christine Linfante-Hill v PVH Corp.*
      Case No. 23-CV-191 (AT) (SN)

Dear Judge Torres:

We represent defendant PVH Corp. ("PVH") in the above matter. We write with the consent of counsel for plaintiff regarding the deadline for the submission of papers in support of PVH's motion for summary judgment as set forth in the Court's Order of December 6, 2024 (Dkt. No. 72).

Your Honor directed that our moving papers be filed by January 3, 2025. However, and as I discussed with counsel for plaintiff, in-house counsel for PVH who has worked on this matter since its inception will be away from December 12 – 16 and after December 20, 2024 through the end of the year. I am still ascertaining the schedules of the affiants but suspect that some will be away over the holidays. I will be working on a somewhat reduced schedule toward the end of the year and am away on business January 16 – 19.

Plaintiff and our client propose that moving papers be filed by January 31, 2025 with answering papers due on February 28, 2025 and reply papers to be filed on or before March 14, 2025.

GRANTED.

SO ORDERED.

Dated: December 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge