UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE LINFANTE-HILL,

               Plaintiff,

       -against-

PVH CORP.,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_10/16/2025\_\_\_

23 Civ. 191 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 22, 2025, the Court denied Defendant's motion for summary judgment. *See* ECF No. 101. The October 22, 2025, deadline for the parties to submit a proposed joint pretrial order pursuant to Rule V of the undersigned's Individual Practices in Civil Cases is ADJOURNED *sine die*. The Court shall set a new deadline in due course.

      SO ORDERED.

Dated: October 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge