UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE LINFANTE-HILL,

              Plaintiff,

-against-

PVH CORP.,

              Defendant.

No. 23-CV-191 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a settlement conference on April 8, 2026, at 1:00 p.m., in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:     March 23, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge